IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ALPS PROPERTY & CASUALTY      *
INSURANCE COMPANY,            *
                              *
      Plaintiff,              *
                              *       CV 621-008
      v.                      *
                              *
SHARON EDENFIELD, et al.,     *
                              *
      Defendants.             *
```

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 125.) However, the motion specifies that "[a]ny coverage issues involving the ALPS policy unrelated to the claims of Allison Phillips are dismissed without prejudice." (Id. at 1-2.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA